UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-23321-Civ-SCOLA

SUSANNE DOE,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD., a
Liberian corporation and RAMON ASTORGA,

    Defendants.
_____/

## ORDER GRANTING DEFENDANT RAMON ASTORGA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND TO QUASH SERVICE

THIS MATTER is before the Court on Defendant Ramon Astorga's Motion to Dismiss for Lack of Personal Jurisdiction and to Quash Service (ECF No. 60). The Plaintiff has not contested that the motion should be granted, but argues that the motion should be granted without prejudice (ECF No. 66). Pursuant to Fed. R. Civ. P. 41(b), a dismissal for lack of personal jurisdiction is not an adjudication on the merits and therefore is without prejudice. *See also*, *Costello v. U. S.*, 365 U.S. 265, 286 (1961)("If the first suit was dismissed for defect of pleadings, or parties, or a misconception of the form of proceeding, or the want of jurisdiction, or was disposed of on any ground which did not go to the merits of the action, the judgment rendered will prove no bar to another suit.").

    Having reviewed the Motion, the response, and the relevant legal authorities, and for reasons set forth below, it is **ORDERED and ADJUDGED** that the Defendant's Motion to Dismiss and to Quash Service is **GRANTED without prejudice**.

    **DONE AND ORDERED** in chambers in Miami, Florida on August 21, 2012.

                                                                     _____
                                                                       ROBERT N. SCOLA, JR.
                                                                       UNITED STATES DISTRICT JUDGE

*Copies to:*
Counsel of record